PER CURIAM:

Rosemary Cakmis, appointed counsel for Sahi Sarwar in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Sarwar's conviction and sentence are **AFFIRMED**.

Before TJOFLAT, BARKETT and HILL, Circuit Judges.

PER CURIAM:

After considering the parties' briefs and entertaining oral argument, we affirm the district court's judgment. For the reasons stated in the court's May 26, 2005 order granting appellee summary judgment, the record is insufficient to make out a claim under either count of appellant's complaint.

AFFIRMED.

**Brian DUNN, Plaintiff–Appellant,**

v.

**CSX TRANSPORTATION, INC., Defendant–Appellee.**

No. 05–13122.

United States Court of Appeals, Eleventh Circuit.

June 7, 2006.

Noble L. Boykin, Jr., Jones, Boykin, Stary & Assoc., P.C., Savannah, GA, for Plaintiff–Appellant.

Michael N. Loebl, James W. Purcell, Fulcher, Hagler, Reed, Hanks & Harper, LLP, Augusta, GA, for Defendant–Appellee.

**Deborah A. McDONALD, Plaintiff–Appellant,**

v.

**ALPEN HOUSE LIMITED, CORP., a foreign corporation doing business as Adena Springs South doing business as Adena Springs, Defendant–Appellee.**

No. 05–15904
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

June 7, 2006.

Justin M. Senior, Law Offices of Justin M. Senior, P.A., Gainesville, FL, for Plaintiff–Appellant.